# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **RICKEY DELWIN PEARSON, JR.,** <br> **TDCJ No. 01115020,** <br><br> Petitioner, <br><br> v. <br><br> **DIRECTOR, TDCJ-CID,** <br><br> Respondent. | § § § § § § § § § § § | Civil Action No. 7:24-cv-095-O |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the petition for writ of habeas corpus is **DENIED**.

**SIGNED** this **2nd day** of **July, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE